Case 1-10-45786-cec    Doc 5-3    Filed 06/18/10    Entered 06/18/10 16:25:28

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: jlecky | Date Created: 6/22/2010 |
| Case: 1−10−45786−cec | Form ID: pdf008 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
ust    Diana G. Adams    USTPRegion02.BR.ECF@usdoj.gov
aty    Herbert Noel Steinberg    steinbergassociates@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Susan Bustamante    80−20 162 Street    Jamaica, NY 11432
tr    Michael J. Macco    135 Pinelawn Road    Suite 120 South    Melville, NY 11747
smg    Diana Adams    Office of the United States Trustee    271 Cadman Plaza East    Brooklyn, NY 11201
6760886    American Express (Blue)    PO Box 1270    Newark, NJ 07101−1270
6760887    American Express (Green)    PO Box 1270    Newark, NJ 07101−1270
6760888    Bank of America    PO Box 15019    Wilmington, DE 19886−5019
6760889    CHASE    Cardmember Service    PO Box 15153    Wilmington, DE 19886−5153
6760892    CitiBank    CitiBank N.A.    PO Box 688922    Des Moines, IA 50368−8922
6760891    CitiBank    CitiBank, N.A.    PO Box 68892    Des Moines, IA 50368−8922
6760890    CitiBank    CitiCards    PO Box 182564    Columbus, OH 43218−2564
6760893    MACY'S    PO Box 689194    Des Moines, IA 50368−9194

TOTAL: 11