UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Chapter 13
IN RE:                                                                Case No.: 10-45786


      SUSAN BUSTAMANTE,                              **FIRST AMENDED**
                                                                                          **CHAPTER 13 PLAN**


                                                      Debtor.
------------------------------------------------------------------X

1. The future earnings of the debtor are submitted to the supervision and control of the trustee, and the debtors shall pay to the trustee for a total, of <u>sixty (60)</u> months, the sum of:

   - $<u>1070.00</u> commencing <u>July, 2010</u> through and including <u>June, 2015</u>, for a period of <u>60</u> months.

2. From the payments so received, the trustee shall make disbursements as follows:

   a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

      - ATTORNEY'S FEES OF ONE THOUSAND ($1,000.00) DOLLARS TO BE PAID TO STEINBERG & ASSOCIATES AS AN ADMINISTRATIVE EXPENSE.

   b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

      **N/A**

ALL POST-PETITION PAYMENTS, IF ANY, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.

    c) Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

- UNSECURED CREDITORS SHALL BE PAID IN FULL WITHIN THE PLAN IF PROPER AND TIMELY CLAIMS ARE FILED.

3. All lease agreements are hereby assumed, unless specifically rejected as follows: <u>N/A</u>.

4. Title to the debtors' property shall re-vest in the debtor upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan</u>.

5. Throughout the term of this plan, the debtors will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

Dated: July 21, 2010
       Kew Gardens, New York

_____
**Susan Bustamante**

_____
**Herbert Noel Steinberg, Esq.**
**Attorney for Debtor**