| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>In re:<br><br>SUSAN BUSTAMANTE<br><br><br>       Debtor(s)<br>---------------------------------------------------------X<br>SIRS / MADAMS | *Return Date: June 28, 2011*<br>*Time: 10:00 a.m.*<br><br>Chapter 13<br><br>Case No.: 110-45786-608<br><br>**NOTICE OF MOTION** |

    **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge on the 28th day of JUNE, 2011 at 10:00AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §1307(c) dismissing this case, by reason of the debtor(s)' default in making timely monthly plan payments under the Chapter 13 Plan, and for such other and further relief as this Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later that five (5) days prior to the return date of this motion.

Dated: Melville, New York        Yours, etc.
    May 26, 2011

                   MICHAEL J. MACCO
                   Chapter 13 Trustee
                   135 Pinelawn Road, Suite 120 South
                   Melville, New York 11747
                   (631) 549-7900

| | |
|---|---|
| To: *Office of the United States Trustee*<br>   *United States Bankruptcy Court*<br>   *271 Cadman Plaza East, Suite 4529*<br>   *Brooklyn, NY 11201*<br><br>   *Susan Bustamante*<br>   *80-20 162 Street*<br>   *Jamaica, NY  11432* | *Recovery Management Systems Corp.*<br>*25 SE 2nd Avenue, Ste. 1120*<br>*Miami, FL  33131*<br><br><br>*Herbert Noel Steinberg, Esq.*<br>*Attorney for Debtor(s)*<br>*80-02 Kew Gardens Road, Ste. 300*<br>*Kew Gardens, NY  11415* |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X     **tmm1634**
In re:

SUSAN BUSTAMANTE                                              Chapter 13

                                                              Case No.: 110-45786-608

                Debtor(s)                                     **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

       1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on June 18, 2010, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

       2.  The debtor(s)' plan was confirmed by Order of this Court on August 17, 2010.

       3.  The debtor(s)' plan provides for payment to the Trustee in the sum of $1,070.00, per month, for a period of sixty (60) months.

       4.  The debtor(s) is in default in that the Trustee is owed the sum of $5,350.00, representing five (5) monthly plan payments. This amount includes all plan payments due to the Trustee until the return date of this motion.

       5.  Furthermore, in the event this motion is adjourned to a later date, the Trustee requests that the motion be amended to include as arrearage, all payments that accrue from the date of the scheduled hearing until the adjourned hearing.

       6.  This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

       **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C. §1307(c) dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Melville, New York
     May 26, 2011                         */s/ Michael J. Macco*
                                                            Michael J. Macco, Chapter 13 Trustee
                                                            135 Pinelawn Road, Suite 120 South
                                                            Melville, New York 11747
                                                            (631) 549-7900

STATE OF NEW YORK    )
COUNTY OF SUFFOLK   )    ss.:

LONI BRAGIN, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

On May 26, 2011, deponent served the within:

**NOTICE OF MOTION AND APPLICATION**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the United States Trustee*
*United States Bankruptcy Court*
*271 Cadman Plaza East, Suite 4529*
*Brooklyn, NY 11201*

*Susan Bustamante*
*80-20 162 Street*
*Jamaica, NY  11432*

*Herbert Noel Steinberg, Esq.*
*Attorney for Debtor(s)*
*80-02 Kew Gardens Road, Ste. 300*
*Kew Gardens, NY  11415*

*Recovery Management Systems Corp.*
*25 SE 2nd Avenue, Ste. 1120*
*Miami, FL  33131*

                                                              */s/ Loni Bragin*
                                                              LONI BRAGIN

Sworn to before me this
26th day of MAY, 2011

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2013